Raymond BROWN, Plaintiff-Appellant,

v.

UNITED STATES DEPARTMENT OF JUSTICE, United States Parole Commission; Court Services and Community Supervision Agency (CSOSA), Defendants-Appellees.

No. 17-1979

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 1, 2018

Raymond L. Brown, Appellant Pro Se. Vickie Elaine LeDuc, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Brown appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. The district court properly concluded that it lacked subject matter jurisdiction over Brown's claims. Accordingly, we affirm the district court's dismissal, *see Brown v. U.S. Dep't of Justice*, No. 8:16-cv-03541-PJM (D. Md. July 25, 2017), but we modify the dismissal to be

without prejudice and affirm the dismissal as modified, 28 U.S.C. § 2106 (2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*